Rabin, Valente, Eager and Noonan, JJ. (C) ANDRES GALBAN v. PENN SHIPPING Co., INC., et al.— Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ. [In each action.] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to appeal as a poor person from an order of the Court of General Sessions, filed December 7, 1960, denying writ of error *coram nobis* is in all respects denied. The same issues were decided adversely to this defendant on prior appeals. (*People* v. *Edelson*, 7 A D 2d 717.) Defendant is not entitled to a second appellate review of the same arguments. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ SNJ TRADING CORP. v. JAMES LEWIS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MARY A. WILKINSON v. SAMUEL N. WILKINSON.— Motion for an order recalling order of this court entered on February 2, 1961 and for an order dismissing the appeal taken by defendant-appellant from the order of the Supreme Court, New York County, entered on November 9, 1960, granted only insofar as to dismiss the appeal taken by defendant-appellant from the order of the Supreme Court, New York County, entered on November 9, 1960. In all other respects, the motion is denied. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of FRANCES D. GANNON v. MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York.— Motion for leave to prosecute proceeding as a poor person granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUAN CRUZ (ALFREDO GRACIAS, Impleaded).— Motion for designation of counsel granted and Alfred Norick, Esq., James D. C. Murray, Esq., and Sidney J. Feltenstein, Esq., are assigned as counsel for the defendant-appellant, Juan Cruz, for the purposes of the appeal *nunc pro tunc* as of August 9, 1960. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ OLLIE J. SALKIND v. BEATRICE R. SALKIND.— Motion for leave to appeal as a poor person denied, without prejudice, however, to a renewal thereof upon proper papers. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ILLA RICH, Also Known as ISELOTTE RICH, et al., v. HENRY MOTTEK et al., as Executors and Trustees of the Estate of MARGARET MOTTEK, Deceased. — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or